# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| VRATIL, KATHRYN H. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS | 07/29/92 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge (nominee) | X Nomination, Date 7/28/92 <br> X Initial ___ Annual ___ Final | 01/01/91 to 07/29/92 |

| 7. Chambers or Office Address |
|---|
| Lathrop & Norquist <br> 1050/40 Corporate Woods <br> 9401 Indian Creek Parkway     Overland Park, Kansas 66210 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.**

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Lathrop & Norquist <br> 1050/40 Corporate Woods <br> 9401 Indian Creek Parkway, Overland Park, KS 66210 |
| Employee (Municipal Judge) | City of Prairie Village, Kansas <br> 77th & Mission Road, Prairie Village, KS 66208 |
| Director | Kansas University Alumni Association <br> 1266 Oread Avenue, Lawrence, KS 66045-1600 |

(see page 4, Section VIII)

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-13 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1992 | Lathrop & Norquist (draw against 1992 law firm income) | $ 35,000 |
| 1991 | Lathrop & Norquist (law firm income) | $ 119,691 |
| 1990 | Lathrop & Norquist (law firm income) | $ 126,037 |
| 1992 | City of Prairie Village, KS (judicial salary) | $ 3,500 |
| 1991 | City of Prairie Village, KS (judicial salary) | $ 6,000 |

"Exhibit A"

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>VRATIL, KATHRYN H. | Date of Report<br>07/29/92 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS—transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 12-14 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-17 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| NONE | | |
| Commerce Bank of<br>Kansas City, Missouri | Home equity line of credit | K |
| Chrysler First Commercial | Boat loan | K |
| | | |
| | | |
| | | |

* VALUE CODE    J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
                N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | VRATIL, KATHRYN H. | 07/29/92 |

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-26 of Instructions.)

| A Description of Asset (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for separate ownership by self, spouse and dependent child Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets or transactions) | | | | | | | | | | |
| Shearson Lehman Hutton Kansas City, MO | A | int. | J | T | Exempt | | | | | |
| Franklin High Yield Tax Free Income Fund | A | div. | J | T | Exempt | | | | | |
| Twentieth Century – Cash Reserves | A | div. | J | T | Exempt | | | | | |
| Twentieth Century – Heritage | A | div. & cap.gns | J | T | Exempt | | | | | |
| Twentieth Century – Select | A | div. & cap.gns | J | T | Exempt | | | | | |
| Lathrop & Norquist – Account Receivable | none | princi- pal due | J | V | Exempt | | | | | |
| Fidelity – Cash Reserves (IRA) | A | inc. distrib. | J | T | Exempt | | | | | |
| Fidelity – Magellan (IRA) | C | inc. distrib. cap.gns | Y | T | Exempt | | | | | |
| Twentieth Century – Ultra (IRA) | A | distrib | J | T | Exempt | | | | | |
| Lathrop & Norquist HI-10 (Keogh) | D | int. | M | T | Exempt | | | | | |
| Shearson Lehman Hutton Accounts (IV) | A | int. | F | T | Exempt | | | | | |
| Gov. Sec. Income Fund (25th Series) (IV) | A | Divi- dends | A | T | Exempt | | | | | |
| Govt. Mtgs. Income Fund (IV) | A | Divi- dends | A | T | Exempt | | | | | |
| CATS Zero – Coupon Bonds (IV) | A | int. | J | T | Exempt | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 1. Income/Gain Codes (See Col. B and D4) | A = $1,000 or less | B = $1,001 to $2,500 | C = $2,501 to $5,000 | D = $5,001 to $15,000 |
|---|---|---|---|---|
| | E = $15,001 to $50,000 | F = $50,001 to $100,000 | G = $100,001 to $1,000,000 | H = More than $1,000,000 |
| 2. Value Codes (See Col. C1 and D3) | J = $15,000 or less | K = $15,001 to $50,000 | L = $50,001 to $100,000 | M = $100,001 to $250,000 |
| | N = $250,001 to $500,000 | O = $500,001 to $1,000,000 | P = More than $1,000,000 | |
| 3. Value Method Codes (See Col. C2) | Q = Appraisal | R = Cost (real estate only) | S = Assessment | T = Cash Market |
| | U = Book Value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | VRATIL, KATHRYN H. | 07/29/92 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

(Section I, Continued)

Director,    Kansas Legal Services, Inc.    712 South Kansas Avenue, 2nd Floor, Topeka, KS 66603

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature    *Kathryn H. Vratil*      Date   July 29, 1992

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104. AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google